UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| UNITED STATES OF AMERICA | CRIMINAL NO. 09-cr-00124-10 |
|---|---|
| VERSUS | JUDGE ELIZABETH ERNY FOOTE |
| AARON LANDRY | MAGISTRATE JUDGE HANNA |

## **O R D E R**

For the reasons orally assigned in the Official Transcript of the Plea Hearing of the Magistrate Judge in the transcript previously filed herein [Record Document 458], and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under applicable law;

**IT IS ORDERED** that the **GUILTY PLEA** entered by defendant, Aaron Landry, before Magistrate Judge Patrick Hanna is accepted by the Court, pursuant to the provisions of F.R.Cr.P. 11.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 7th day of March 2012.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE